UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUANA CAMPUSANO,

        Plaintiff,

 - against -

CAROLYN W. COLVIN, Commissioner of
Social Security,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
14-CV-2477 (RRM)

    A Memorandum and Order of the undersigned having been filed this day granting in part and denying in part the Commissioner's motion for judgment on the pleadings; granting in part and denying in part Campusano's cross-motion for judgment on the pleadings; and remanding the case to the Social Security Administration for further proceedings consistent with this Court's Memorandum and Order; it is hereby

    ORDERED and ADJUDGED that this matter is remanded to the Social Security Administration.

Dated: Brooklyn, New York
       March 28, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge